BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:12-cr-0282 AWI |
|---|---|
| Plaintiff, | |
| v. | STIPULATION REGARDING ADVANCEMENT; ORDER |
| RAFAEL GARCIA-DENIZ, | |
| Defendant. | |

**STIPULATION RE: ADVANCEMENT**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on May 20, 2013, before this Court.

2. By this stipulation, the parties now move to advance this matter for the above-captioned defendant's sentencing this Monday, April 29, 2013, at 10 a.m.

IT IS SO STIPULATED.

DATED:       April 24, 2013.         Respectfully submitted,

                                     BENJAMIN B. WAGNER

1

United States Attorney

DATED: April 24. 2013.

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

/s/ Steven Crawford
STEVEN CRAWFORD
Counsel for Defendant Rafael Garcia-Deniz

**O R D E R**

IT IS SO ORDERED.

Dated: April 24, 2013

_____
SENIOR DISTRICT JUDGE

2